

**MM** Miedel & Mysliwiec LLP

RECEIVED JAN 1 7 2018 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/18

January 16, 2018

Hon. Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: **United States v. Steven Simmons**
17-Cr-127 (KMW)

Dear Judge Wood:

Steven Simmons is scheduled for sentencing on January 29, 2018. I write, with the consent of the government, to request an adjournment of sentencing of approximately 45 days to the middle of March 2018. I do so because I am still awaiting materials I need for sentencing, including medical records for Mr. Simmons. In addition, Mr. Simmons's son was recently diagnosed with particular conditions that require Mr. Simmons's full attention in the near term.

This constitutes my first request for an adjournment of sentencing, and, as noted, is not objected to by the government.

Thank you for your consideration.

Sentencing is adjourned to March 13, 2018, at 10:30 a.m. Defendant's submission is due by March 2. Government response is due by March 8.

Sincerely,

Florian Miedel

cc: AUSA Elisha Kobre
AUSA Brendan Quigley

1-17-18
SO ORDERED: N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.

Trinity Centre · 111 Broadway, Suite 1401 · New York, New York 10006 · (T) 212-616-3042 · (F) 800-507-8507 · www.fmamlaw.com