
Miedel & Mysliwiec LLP

February 26, 2018

Hon. Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     **United States v. Steven Simmons**
        **17-Cr-127 (KMW)**

Dear Judge Wood:

 Steven Simmons is scheduled for sentencing on March 13, 2018.  I write, with the consent of the government, to request an adjournment of sentencing of approximately two weeks.  Mr. Simmons recently experienced a personal issue with his young son that requires his attention and focus.  Further, due to a number of unforeseen events, including appointment to three capital cases in the last two weeks, I will have difficulty submitting a sentencing memorandum by the end of this week.  I appreciate the Court's indulgence.

 This constitutes my second request for an adjournment of sentencing, and, as noted, is not objected to by the government.

 Thank you for your consideration.

Sincerely,

Florian Miedel

cc.   AUSA Elisha Kobre
      AUSA Brendan Quigley