

March 2, 2018

Hon. Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                                          RE:    **United States v. Steven Simmons**
                                                        17-Cr-127 (KMW)

Dear Judge Wood:

      Your Honor recently granted a two-week adjournment of Steven Simmons's sentencing, now scheduled for March 26, with the defense sentence memo due on March 12. With the consent of the government, I respectfully request an adjournment of one additional week.

      Earlier this week I learned that I have to travel abroad for a case on Monday, March 5, and will not be returning until Friday, March 9th. At this point I am not sure how reliable internet access will be, or how much time I will have to devote to preparing the Simmons sentencing memo, which is due the Monday after I return. In light of this unexpected work trip, I sincerely request the Court to adjourn sentencing for one additional week. I once again appreciate the Court's indulgence. As noted, the request is not objected to by the government.

      Thank you for your consideration.

                                                                                    Sincerely,

                                                                                   Florian Miedel

cc:      AUSA Elisha Kobre
          AUSA Brendan Quigley