UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America          Plaintiff,         Case No. 17cr127 (KMW)

-against-

Steven Simmons                    Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Florian Miedel**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: FM5968          My State Bar Number is 2609964

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Miedel & Mysliwiec LLP
            FIRM ADDRESS: 111 Broadway, Suite 1401, New York NY 10006
            FIRM TELEPHONE NUMBER: (212) 616 - 3042
            FIRM FAX NUMBER: (800) 507 - 8507

NEW FIRM:   FIRM NAME: Miedel & Mysliwiec LLP
            FIRM ADDRESS: 80 Broad Street, Suite 1900, New York NY 10004
            FIRM TELEPHONE NUMBER: (212) 616 - 3042
            FIRM FAX NUMBER: (800) 507 - 8507

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 05/24/2018

*[signature]*
ATTORNEY'S SIGNATURE