**RECEIVED**
JUL 23 2018
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y

# MIEDEL & MYSLIWIEC LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/18

July 22, 2018

Hon. Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   **United States v. Steven Simmons**
      **17-Cr-127 (KMW)**

Dear Judge Wood:

On April 3, 2018, Your Honor sentenced Steven Simmons to a custodial term of 37 months, following his conviction of conspiracy to commit wire fraud. The Court ordered Mr. Simmons to surrender to the Bureau of Prisons on July 6, 2018.

As confirmed through the Bureau of Prisons website, Mr. Simmons has surrendered to his designated facility and has begun serving his sentence. I write now to request an order from the Court lifting Mr. Simmons's appearance bond and relieving all suretors of any obligations due under the terms of the bond.

*Granted. KMW*

Thank you for your consideration.

Sincerely,

/s/
Florian Miedel

cc:  AUSA Elisha Kobre
     AUSA Brendan Quigley

*The Court hereby lifts Steven Simmons' appearance bond, and relieves all suretors of any obligations due under the terms of the bond.*

SO ORDERED:   N.Y., N.Y.
              7-24-18

_____
KIMBA M. WOOD
U.S.D.J.

80 Broad Street • Suite 1900 • New York • New York 10004 • 212-616-3042 • www.fmamlaw.com