January 31, 2019



The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Steven Simmons*, 17 Cr. 127 (KMW)

Dear Judge Wood:

I write with respect to the proposed briefing schedule set forth in the Government's letter to your Honor dated November 6, 2019, regarding the third-party petition filed on October 19, 2019 by me in an ancillary proceeding seeking an interest in real property at 77 Chicken Street, Wilton, Connecticut.

The Government and I have agreed to move the time for my opposition to the Government's Motion to Dismiss to March 4, 2019.  Therefore, the new schedule is proposed as follows:

    Petitioner's Opposition: March 4, 2019
    Reply:                     March 18, 2019

*Granted. KMW*

Respectfully submitted,

Heather Simmons
Pro Se Litigant

cc: (by email):

Jared Lenow
Assistant U.S. Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

2-6-19
SO ORDERED:  N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.